AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Grand River Enterprises Six Nations, Ltd. and B2B USA LLC )
)
)
)
_____ )
Plaintiff(s) )
v. )  Civil Action No.
)
National Distributors, Inc., )  **1:16-CV-0423**
Leila Noorani and Akbar Noorani )
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Akbar Noorani
1963 Shenley Park Lane
Duluth, Gwinnett County, GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth B. Franklin
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

*CLERK OF COURT*

Date: **FEB 1 1 2016**  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Grand River Enterprises Six Nations, Ltd. and B2B USA LLC

*Plaintiff(s)*

v.

National Distributors, Inc., Laila Noorani and Akbar Noorani

*Defendant(s)*

Civil Action No. 1:16-CV-0423

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Laila Noorani
1963 Shenley Park Lane
Duluth, Gwinnett County, GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth B. Franklin
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

CLERK OF COURT

Date: FEB 11 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Northern District of Georgia

Grand River Enterprises Six Nations, Ltd. and B2B USA LLC

*Plaintiff(s)*

v.

National Distributors, Inc., Laila Noorani and Akbar Noorani

*Defendant(s)*

Civil Action No. **1:16-CV-0423**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

National Distributors, Inc.
c/o Laila Noorani, Registered Agent
3631 Presidential Parkway
Doraville, Georgia 30340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth B. Franklin
Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: **FEB 11 2016**

*Signature of Clerk or Deputy Clerk*