# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRAND RIVER ENTERPRISES SIX NATIONS, LTD. and B2B USA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL DISTRIBUTORS, INC., LAILA NOORANI and AKBAR NOORANI,<br><br>Defendants. | Civil Action No.<br>1:16-cv-00423-RWS |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON

It appears to the Court, as evidenced by the signatures of counsel for Plaintiffs Grand River Enterprises Six Nations, Ltd. and B2B USA LLC and Defendants National Distributors, Inc. ("NDI"), Akbar Noorani, and Laila Noorani, that this matter has been resolved and that the Parties have entered into a Confidential Settlement Agreement and Release, the terms of which are hereby incorporated herein. It further appears to the Court that the Parties have agreed to the entry of this Joint Stipulation of Dismissal Without Prejudice and Order Thereon, with each Party to bear their own costs and which includes their

agreement and express request that the Court retain continuing jurisdiction of this action to enforce the terms of the Confidential Settlement Agreement and Release. *See, e.g. , Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994) (finding a court's "ancillary jurisdiction" "to manage its proceedings, vindicate its authority, and effectuate its decrees" provides an independent jurisdictional basis to enforce a settlement agreement only if "the parties' obligation to comply with the terms of the settlement agreement has been made part of the order of dismissal").  The Court has considered and approved the Parties' Joint Stipulation of Dismissal Without Prejudice and Order Thereon.

The Parties having so agreed and having requested entry of this Joint Stipulation of Dismissal and Order Thereon, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, except that the Court hereby expressly retains continuing jurisdiction of this matter to enforce the terms of the Confidential Settlement Agreement and Release.

SO ORDERED this 12th day of January, 2017.

_____
HON. RICHARD W. STORY
Judge - United States District Court
Northern District of Georgia

**AGREED TO AND APPROVED FOR ENTRY:**

**DUANE MORRIS LLP**

/s Kenneth B. Franklin
Steven D. Ginsburg
Georgia Bar No. 121055
SDGinsburg@duanemorris.com
Kenneth B. Franklin
Georgia Bar No. 005773
KBFranklin@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: +1 404 253 6900
Fax: +1 404 253 6901

*Attorneys for Plaintiffs Grand River Enterprises Six Nations, Ltd. and B2B USA LLC*